**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:26-cv-00057 |
| | ) | |
| RICO SPIRITS LLC d/b/a DON RICO TEQUILA and CHRISTIAN ANTHONY OLIVO, | ) ) ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' ORIGINAL ANSWER TO COMPLAINT**
**FOR DECLARATORY JUDGMENT**

TO THE COURT:

Defendants RICO SPIRITS LLC d/b/a DON RICO TEQUILA and CHRISTIAN ANTHONY OLIVO file this Original Answer to Plaintiff's Complaint for Declaratory Judgment and in support of same would show as follows:

A.    Admissions and Denials.

1. Defendants admit the allegation in paragraphs 1 through 3 regarding the correct identity of the parties.

2. Defendants deny paragraph 4 that Sharon Olivo is a member of Don Rico.

3. Defendants admit paragraph 5 as to Christian Olivo.

4. Paragraphs 6 and 7 are not allegations that require admission or denial but are instead merely descriptions of Plaintiff's alleged claims.  Otherwise, these allegations are denied.

5. Defendants cannot admit or deny paragraphs 8 through 10 as Defendants do not have sufficient information to admit or deny.

1

6.  Defendants admit paragraph 11 that venue is proper in this Court.

7.  Defendants admit paragraph 12 that Annie Coureges has sued Defendants in an underlying lawsuit.

8.  Defendants deny allegations contained in paragraphs 13 through 23 that relate to any improper actions which Olivo did or did not do, but Defendants do admit that claims have been asserted against Rico and Olivo in the underlying lawsuit which arises from a vehicle accident.

9.  Defendants cannot admit allegations contained in paragraphs 24 and 25 and therefore deny.

10. Defendants admit paragraph 26 that Don Rico is engaged in the business described.

11. Defendants admit paragraph 27 that Plaintiff issued an insurance policy but deny all assertions or allegations contained in paragraph 28 through 45 that relate to how Plaintiff contends the policy is interpreted or Plaintiff's own explanation of the policy or its exclusions.

B.    Prayer

For these reasons, Defendants ask the Court to enter judgment that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, assess costs against Plaintiff, and that the Court award Defendants attorney fees.  Defendants further request such other and further relief the Court deems appropriate.

Respectfully Submitted:

RIOJAS LAW FIRM, P.C.

*[s] Robert E. Riojas*

_____

2

By:  Robert E. Riojas
Bar No. 00791531
3323 Plantation Rd.
Austin, Texas 78745
Telephone: (915) 355-4231
Facsimile: (512) 727-4664
Email: rriojas@riojaslawfirm.net

Certificate of Service

I hereby certify that pursuant to Tex. R. Civ. P. 21a, I have on this 25th day of March, 2026 sent this instrument to the following in the form and manner shown below:

Email: kasi.schuelke@phelps.com
Email: david.albaugh@phelps.com

Kasi G. Schuelke
David M. Albaugh
**PHELPS DUNBAR LLP**
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
**ATTORNEYS FOR PLAINTIFF**
**SCOTTSDALE INSURANCE COMPANY**

*[s] Robert E. Riojas*

Robert E. Riojas

3