**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **SCOTTSDALE INSURANCE COMPANY,** | § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | **A-26-CV-57-RP** |
| **RICO SPIRITS LLC d/b/a Don Rico Tequila, CHRISTIAN ANTHONY OLIVO, and ANNIE COURREGES,** | § § § § | |
| **Defendants.** | § | |

## ORDER

Defendants answered this action on March 25, 2026. Dkts. 15, 16. Contrary to this court's local rules, the parties have not submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **June 11, 2026**.

SIGNED on May 29, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE