IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Cause No.: 1:26-cv-00057-RP |
| RICO SPIRITS LLC d/b/a DON RICO | § | |
| TEQUILA, CHRISTIAN ANTHONY OLIVO, | § | |
| and ANNIE COURREGES, | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT ANNIE COURREGES' ORIGINAL ANSWER TO PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

TO THE HONORABLE ROBERT PITMAN:

Defendant Annie Courreges now files her Original Answer to Plaintiff Scottsdale Insurance Company's claims against Ms. Courreges and respectfully shows this Court as follows:

1. With regard to paragraph 1, Ms. Courreges has no basis to deny the allegation.

2. With regard to paragraph 2, Ms. Courreges admits.

3. With regard to paragraph 3, Ms. Courreges has no basis to deny the allegation.

4. With regard to paragraph 4, Ms. Courreges admits.

5. With regard to paragraph 5, Ms. Courreges admits.

6. With regard to paragraph 6, Ms. Courreges admits.

7. With regard to paragraph 7, Ms. Courreges admits Plaintiff seeks a declaratory judgment. With regard to the remaining allegations, Ms. Courreges lacks information to either admit or deny.

1

8. With regard to the allegations contained in paragraph 8, Ms. Courreges objects to the allegations in paragraph 8, on the basis they present legal conclusions which are inappropriate in a pleading.

9. With regard to the allegations contained in paragraph 9, Ms. Courreges admits this Court has jurisdiction.

10. With regard to paragraph 10, Ms. Courreges lacks information to either admit or deny.

11. With regard to paragraph 11, Ms. Courreges lacks information to either admit or deny.

12. With regard to paragraph 12, Ms. Courreges admits venue is proper.

13. With regard to paragraph 13, Ms. Courreges admits.

14. With regard to paragraph 14, Ms. Courreges admits.

15. With regard to paragraph 15, Ms. Courreges admits.

16. With regard to paragraph 16, Ms. Courreges admits.

17. With regard to paragraph 17, Ms. Courreges admits.

18. With regard to paragraph 18, Ms. Courreges admits.

19. With regard to paragraph 19, Ms. Courreges admits.

20. With regard to paragraph 20, Ms. Courreges admits.

21. With regard to paragraph 21, Ms. Courreges admits.

22. With regard to paragraph 22, Ms. Courreges admits.

23. With regard to paragraph 23, Ms. Courreges admits.

24. With regard to paragraph 24, Ms. Courreges admits.

25. With regard to paragraph 25, Ms. Courreges objects to the allegations in paragraph 25 as they present legal opinions and conclusions improper for a pleading. With regards to the

remaining allegations, Ms. Courreges lacks information to either admit or deny the allegations in this paragraph.

26. With regard to paragraph 26, Ms. Courreges objects to the allegations in paragraph 26 as they present legal opinions and conclusions improper for a pleading. With regards to the remaining allegations, Ms. Courreges lacks information to either admit or deny the allegations in this paragraph.

27. With regard to paragraph 27, Ms. Courreges admits.

28. With regard to paragraph 28, Ms. Courreges lacks information to either admit or deny.

29. With regard to paragraph 29, Ms. Courreges lacks information to either admit or deny.

30. With regard to paragraph 30, Ms. Courreges lacks information to either admit or deny.

31. With regard to paragraph 31, Ms. Courreges lacks information to either admit or deny.

32. With regard to paragraph 32, Ms. Courreges lacks information to either admit or deny.

33. With regard to paragraph 33, Ms. Courreges lacks information to either admit or deny.

34. With regard to paragraph 34, Ms. Courreges lacks information to either admit or deny.

35. With regard to paragraph 35, Ms. Courreges lacks information to either admit or deny.

36. With regard to paragraph 36, Ms. Courreges lacks information to either admit or deny.

37. With regards to the allegations contained in paragraph 37, Ms. Courreges admits Plaintiff incorporated paragraphs 1-36 of the Complaint by reference.

38. With regards to the allegations contained in paragraph 38, Ms. Courreges denies the allegations.

39. With regards to the allegations contained in paragraph 39, Ms. Courreges denies the allegations.

40. With regards to the allegations contained in paragraph 40, Ms. Courreges objects to the allegations in paragraph 40 on the basis they present legal conclusions, which are inappropriate in a pleading. Otherwise, Ms. Courreges denies these allegations.

41. With regards to the allegations contained in paragraph 41, Ms. Courreges objects to the allegations in paragraph 41 on the basis they present legal conclusions, which are inappropriate in a pleading. Otherwise, Ms. Courreges denies these allegations.

42. With regards to the allegations contained in paragraph 42, Ms. Courreges objects to the allegations in paragraph 42 on the basis they present legal conclusions, which are inappropriate in a pleading. Otherwise, Ms. Courreges denies these allegations.

43. With regards to the allegations contained in paragraph 43, Ms. Courreges objects to the allegations in paragraph 43 on the basis they present legal conclusions, which are inappropriate in a pleading. Otherwise, Ms. Courreges denies these allegations.

44. With regards to the allegations contained in paragraph 44, Ms. Courreges objects to the allegations in paragraph 44 on the basis they present legal conclusions, which are inappropriate in a pleading. Otherwise, Ms. Courreges denies these allegations.

45. With regards to the allegations contained in paragraph 45, Ms. Courreges objects to the allegations in paragraph 45 on the basis they present legal conclusions, which are inappropriate in a pleading. Otherwise, Ms. Courreges denies these allegations.

46. With regards to the allegations contained in paragraph 46, Ms. Courreges objects to the allegations in paragraph 46 on the basis they present legal conclusions, which are inappropriate in a pleading. Otherwise, Ms. Courreges denies these allegations.

47. With regards to the PRAYER FOR RELIEF paragraph, Ms. Courreges denies the allegations and avers Plaintiff is obligated to provide coverage to the insureds.

**PRAYER FOR RELIEF**

Accordingly, Defendant Annie Courreges prays the Court deny Scottsdale Insurance Company's request for relief; and such other and further relief to which it may be so justly entitled at law or in equity.

Respectfully submitted,

**SCHERR & LEGATE, PLLC**
Attorneys for Defendant Annie Courreges
420 E. San Antonio Ave., 2nd Floor
El Paso, Texas 79901
(915) 241-0100 voice
(915) 280-2242 facsimile
plopez@scherrlegate.com


*/s/ PABLO S. LOPEZ*
PABLO S. LOPEZ
State Bar No.: 24126261

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF Systerm, which was then served on all parties or counsel of record.

**PHELPS DUNBAR LLP**
Kasi G. Schuelke
Texas Bar No. 24098915
David M. Albaugh
Texas Bar No. 24138688
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: 817-488-3134
Telecopier: 817-488-3214
Email: kasi.schuelke@phelps.com
Email: david.albaugh@phelps.com
*Attorneys For Plaintiff Scottsdale Insurance Company*


**RIOJAS LAW FIRM, P.C**
Robert E. Riojas
Bar No. 00791531
3323 Plantation Rd. Austin, Texas 78745
Telephone: (915) 355-4231
Facsimile: (512) 727-4664
Email: rriojas@riojaslawfirm.net
*Attorney for Defendants Rico Spirits LLC d/b/a Don Rico Tequila, and Christian Anthony Olivo.*


*/s/ PABLO S. LOPEZ*
PABLO S. LOPEZ