**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff | § | |
| | § | CASE No.: 1:26-CV-00057-RP |
| v. | § | |
| | § | |
| RICO SPIRITS LLC d/b/a DON RICO | § | |
| TEQUILA, CHRISTIAN ANTHONY OLIVO, | § | |
| and ANNIE COURREGES, | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF SCOTTSDALE INSURANCE COMPANY'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO
SUBMIT A JOINT PROPOSED SCHEDULING ORDER**

Plaintiff Scottsdale Insurance Company ("Scottsdale") files this Unopposed Motion for Extension of Time to submit a joint proposed scheduling order. The purpose of the request is for a short extension of fourteen (14) days to June 25, 2026, to allow all parties to confer in filing a joint proposed scheduling order now that all parties have appeared.

Scottsdale filed this lawsuit for the purpose of determining a question of actual, immediate controversy between the parties concerning insurance coverage with respect to a lawsuit filed by Annie Courreges against Rico Sprits LLC d/b/a Don Rico Tequila and Christian Anthony Olivo in the County Court at Law 3, El Paso County, Texas styled *Annie Courreges v. Rico Spirits, LLC et al.,* cause number 2025DCV218. On April 24, 2026, counsel for Defendant, Annie Courreges, executed a Waiver of Service of Summons (Dkt. 17). Courreges response deadline is June 8, 2026. However, Courreges, filed her Answer to the Amended Complaint on June 1, 2026 (Dkt. 19).

On May 29, 2026, the Court ordered the parties to submit a joint proposed scheduling order by June 11, 2026 (Dkt. 18). The form proposed scheduling order for District Judge Pitman

indicates it should be an "Agreed Scheduling Order." Scottsdale requests a short extension of fourteen (14) days to June 25, 2026, to confer with counsel for all Defendants to file a joint proposed scheduling order. On June 2, 2026, counsel for Scottsdale conferred via email with counsel for Defendants, and the Defendants have no objection to the requested relief.

WHEREFORE, Plaintiff Scottsdale Insurance Company respectfully requests that this Court enter the Proposed Order, extending the time to file a proposed scheduling order to June 25, 2026, and any other relief this Court deems just and proper.

Respectfully submitted this 3rd day of June, 2026.

**PHELPS DUNBAR LLP**

*/s/ David M. Albaugh*
Kasi G. Schuelke
Texas Bar No. 24098915
David M. Albaugh (*admitted pro hac vice*)
Texas Bar No. 24138688
2102 E. State Highway 114, Suite 207
Southlake, Texas 76092
Telephone: 817-488-3134
Telecopier: 817-488-3214
Email: kasi.schuelke@phelps.com
Email: david.albaugh@phelps.com

**ATTORNEYS FOR PLAINTIFF**
**SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which was then served on all parties or counsel of record.

**RIOJAS LAW FIRM, P.C**
Robert E. Riojas
Bar No. 00791531
3323 Plantation Rd. Austin, Texas 78745
Telephone: (915) 355-4231
Facsimile: (512) 727-4664
Email: rriojas@riojaslawfirm.net
*Attorney for Defendants Rico Spirits LLC d/b/a Don Rico Tequila, and Christian Anthony Olivo.*

**SCHERR & LEGATE, PLLC**
Pablo S. Lopez
Bar No. 24126261
420 E. San Antonio Ave., 2nd Floor
El Paso, Texas 79901
Telephone: (915) 241-0100
Facsimile: (915) 280-2242
plopez@scherrlegate.com
*Attorneys for Defendant Annie Courreges*