**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

SCOTTSDALE INSURANCE COMPANY,  §
                               §
    Plaintiff                 §
                               §   CASE No.: 1:26-CV-00057-RP
v.                             §
                               §
RICO SPIRITS LLC d/b/a DON RICO §
TEQUILA, CHRISTIAN ANTHONY OLIVO, §
and ANNIE COURREGES,           §
                               §
    Defendants.               §

## ORDER

The Court, having considered Plaintiff Scottsdale Insurance Company's Unopposed Motion for Extension of Time to submit a proposed scheduling order, finds it meritorious.

It is therefore **ORDERED** that the parties submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **June 25, 2026**.

SO ORDERED this _____ day of June, 2026.

 

_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE