**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| | § | |
| SCOTTSDALE INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 1:26-CV-00057-RP |
| v. | § | |
| | § | |
| RICO SPIRITS LLC d/b/a DON RICO TEQUILA, CHRISTIAN ANTHONY OLIVO and ANNIE COURREGES, | § | |
| | § | |
| Defendants. | § | |

**AGREED AMENDMENT TO THE SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the following Agreement Amendment to the Scheduling Order (Dkt. 29) is issued by the Court:

1. The parties must mediate this case on or before April 2, 2027, and must file a report in accordance with Local Rule CV-88(g) within one week of the completion of mediation.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before October 2, 2026. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before November 2, 2026. All parties shall file all designations of rebuttal experts and serve on all parties the material required

by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

All other dates set forth in the July 28, 2026, Scheduling Order (Dkt. 29) shall remain.

SIGNED on August 14, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE